UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-30868 |
| James and Victoria Evanoff, | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

### Order Granting the Debtors' Motion for Entry of a Final Decree and Order Closing the Chapter 11 Case

WHEREAS, this matter coming before this Honorable Court upon the Debtors' Motion for Entry of a Final Decree and Order Closing the Chapter 11 Case; and

WHEREAS, the Debtors, James and Victoria Evanoff, filed their Voluntary Petition under Title 11, Chapter 11, on September 10, 2015; and

WHEREAS, a Third Modified Chapter 11 Plan of Reorganization (the "Plan") was proposed to the creditors and was confirmed by Order of this Honorable Court on October 19, 2017; and

WHEREAS, the Debtors have reported to this Honorable Court that the Plan has been substantially consummated; and

WHEREAS, Federal Rule of Bankruptcy Procedure 3022 provides for the entry of an Order administratively closing the instant Chapter 11 bankruptcy proceeding.

NOW, THERFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT:

1. The Debtors' Motion for Entry of a Final Decree and Order Closing the Chapter 11 Case is granted.

2. Pursuant to Bankruptcy Code Section 350(a), the case of In Re: James Richard Evanoff and Victoria Ann Evanoff, Case No. 15-30868 (the "Bankruptcy Case"), is administratively closed effective upon the entry of this Order.

3. Notwithstanding this Order and the administrative closing of the instant Case:

   A. The Debtors shall continue to be authorized to take any and all action required or reasonably contemplated by the Plan and the Order confirming the Plan (the "Confirmation Order").

   B. This Honorable Court shall retain jurisdiction in accordance with the Confirmation Order and Plan.

   C. The Debtors are required to pay all outstanding U.S. Trustee quarterly fees owed pursuant to 28 U.S.C. 1930 through and including the entry of this Order.

    D. Pursuant to 11 U.S.C. 1141(d)(5), the Debtors shall not receive a discharge of their debts unless and until, after notice and a hearing, this Honorable Court grants a discharge either (i) upon completion of all payments under the Plan pursuant to 11 U.S.C. 1141(d)(5)(A), or (ii) prior to completion of all payments under the Plan if the Debtors meet the requirements under 1141(d)(5)(B). In order to obtain a discharge, the Debtors will need to re-open the Bankruptcy Case.

4. The Debtors shall serve a copy of this Order on all of their known creditors within seven (7) days of the entry of this Order.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: **2 8 DEC 2017**

**Prepared by:**
William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
jpaulsen@wfactorlaw.com