## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **James & Victoria Evanoff**, | Bankruptcy No. 15-30868 |
| Debtors. | Honorable Janet S. Baer |

### CERTIFICATE OF SERVICE OF ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF A FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE

I, Ariane Holtschlag, an attorney, hereby certify that on December 28, 2017, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the *Order Granting the Debtors' Motion for Entry of a Final Decree and Order Closing the Chapter 11 Case* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the attached Service List and on December 29, 2017 by U.S. Mail on all other persons identified on the attached Service List.

Dated: December 29, 2017              **James & Victoria Evanoff**

                                       By: /s/ Ariane Holtschlag
                                       One of Their Attorneys

William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:    (847) 239-7248
Fax:    (847) 574-8233
Email: wfactor@wfactorlaw.com
         jpaulsen@wfactorlaw.com
         aholtschlag@wfactorlaw.com

## SERVICE LIST

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| Peter C. Bastianen | ND-Four@il.cslegal.com |
| William J. Factor | wfactor@wfactorlaw.com, wfactorlaw@gmail.com, bharlow@wfactorlaw.com, wfactor@ecf.inforuptcy.com, nbouchard@wfactorlaw.com |
| William S. Hackney | whackney@salawus.com, jadams@salawus.com, celliott@salawus.com, tsowles@salawus.com |
| David Paul Holtkamp | dholtkamp@wfactorlaw.com |
| Ariane Holtschlag | aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com, gsullivan@ecf.inforuptcy.com |
| Stephanie K. Hor-Chen | schen@vedderprice.com, ecfdocket@vedderprice.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Douglas J. Lipke | dlipke@vedderprice.com, ecfdocket@vedderprice.com |
| Zhijun Liu | jliu@wfactorlaw.com, jliu@ecf.inforuptcy.com, bharlow@wfactorlaw.com, nbouchard@wfactorlaw.com |
| Jeffrey K. Paulsen | jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com, gsullivan@ecf.inforuptcy.com, jpaulsen@ecf.inforuptcy.com, nbouchard@wfactorlaw.com |
| Nancy A. Temple | ntemple@kattentemple.com, acorona@kattentemple.com |
| William W. Thorsness | wthorsness@vedderprice.com, ecfdocket@vedderprice.com, ewatt@vedderprice.com |

**Parties in Interest**
(Service by U.S. Mail)

| | |
|---|---|
| U.S. Bank National Association<br>Codilis and Associates, P.C.<br>15W030 N. Frontage Rd., Ste. 100<br>Burr Ridge, IL 60527-6921 | Alan and Heidi Evanoff<br>3910 County Hwy B<br>Manitowoc, WI 54220-9075 |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>P.O. Box 8801<br>Wilmington, DE 19899-8801 | Baxter Credit Union<br>c/o William S. Hackney<br>SmithAmundsen LLC<br>150 N. Michigan Ave., Ste. 3300<br>Chicago, IL 60601-6004 |
| BAXTER CREDIT UNION<br>COLLECTION DEPARTMENT<br>PO BOX 8133<br>VERNON HILLS, IL 60061-8133 | Baxter Emply Cr Union<br>1425 Lake Cook Rd<br>Deerfield, IL 60015-5213 |
| Cabelas<br>PO Box 82608<br>Lincoln, NE 68501-2608 | Citibank<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| Citibank Sd, Na<br>Citi Corp Credit Services<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Cleaner Options<br>102 S. Batavia Ave.<br>Batavia, IL 60510-2451 |
| Comenity<br>PO Box 182273<br>Columbus, OH 43218-2273 | Comenity<br>PO Box 659622<br>San Antonio, TX 78265-9622 |
| Comenity Bank / Anntylr<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenitycapital/yrtui<br>Po Box 182120<br>Columbus, OH 43218-2120 |
| Crisp County Probate Court<br>PO Box 26<br>Cordele, GA 31010-0026 | Culligan<br>2325 South Street<br>Geneva, IL 60134-2570 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pennsylvania 19101 | Disney Vacation Development, Inc.<br>200 Celebration Place<br>Celebration, FL 34747-5483 |

Due Member Admin.
3190 Celebration Blvd.
Kissimmee, FL 34747

Fona International, Inc.
c/o Gary M Vanek
200 W Main Street
St Charles, IL 60174-1812

Frank and Nina Johnson
8443 Gulf Blvd Apt C7
Navarre, FL 32566-7226

Green Planet
PO Box 87966
Carol Stream, IL 60188-7966

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, Illinois 60604-1705

JPMorgan Chase Bank, N.A.
National Bankruptcy Dept.
P.O. Box 29505 AZ1-1191
Phoenix, AZ 85038-9505

Kane County Treasurer
719 South Batavia Ave.
Geneva, IL 60134-3000

LL Bean
PO Box 60517
City of Industry, CA 91716-0517

Nancy Temple
Katten & Temple, LLP
542 S. Dearborn St., 14th Floor
Chicago, IL 60605-1564

Neurohealth Associates
477 E. Butterfield Rd.
Suite 310
Lombard, IL 60148-4880

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Target
PO Box 660170
Dallas, TX 75266-0170

Target Credit Card (TC)
C/O Financial & Retail Services
Mailstop BT    P.O. Box 9475
Minneapolis, MN 55440-9475

TOYOTA MOTOR CREDIT CORP
PO BOX 8026
CEDAR RAPIDS, IA 52408-8026

Toyota Lease Trust
c/o Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Tree House Pediatric Therapy
3351 Hobson Rd.
Suite B
Woodridge, IL 60517-1689

US BANK
PO BOX 5229
CINCINNATI, OH 45201-5229

{00106505}　　　　　　　　　　　　　—4—

Us Bank Home Mortgage
777 E Wisconsin
Milwaukee, WI 53202-5370

VON MAUR INC
6565 BRADY STREET
DAVENPORT, IA 52806-2054

WORLD'S FOREMOST BANK
CABELA'S CLUB VISA
PO BOX 82609
LINCOLN, NE 68501-2609

Worlds Foremost Bank N
4800 Nw 1st Street
Lincoln, NE 68521-4463

James and Victoria Evanoff
4075 River View Drive
Saint Charles, IL 60175-5670

D. Patrick Mullarkey
Tax Division (DOJ)
PO Box 55
Ben Franklin Station
Washington, DC 20044

US Bank Home Mortgage
4801 Frederica St.
Ownesboro, KY 42301

NCEP, LLC Department
AIS Portfolio Services, LP
PO Box 165028
Irving, TX 75016-5028

United States Attorney
Civil Process Clerk
219 S. Dearborn, Room 500
Chicago, IL 60604